# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.A. FISCHER, S.A. DOMINGUEZ**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**JARED A. FERRERA**
**PRIVATE FIRST CLASS (E-2), U.S. MARINE CORPS**

**NMCCA 201400130**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 26 Nov 2013.
**Military Judge:** LtCol C.J. Thielemann, USMC.
**Convening Authority:** Commanding Officer, 2d Battalion, 7th Marines, 1st Marine Division (REIN), FMF, MCAGCC, Twentynine Palms, CA.
**Staff Judge Advocate's Recommendation:** Capt J.A. Spalding, USMC.
**For Appellant:** CDR Boyce Crocker, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**31 July 2014**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court